**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-2239**

LEONARD L. CLAY,

Plaintiff - Appellant,

v.

KENNETH RILEY, ILA Local Union 1422,

Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Charleston.  David C. Norton, District Judge.  (2:16-cv-03038-DCN)

Submitted:  May 24, 2018                               Decided:  May 29, 2018

Before NIEMEYER, MOTZ, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Leonard Clay, Appellant Pro Se.  Allan Riley Holmes, Sr., Cheryl H. Ledbetter, GIBBS & HOLMES, Charleston, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leonard L. Clay appeals the district court's order dismissing his civil action alleging employment discrimination in violation of the Americans with Disabilities Act. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Clay's informal brief does not challenge the basis for the district court's disposition, Clay has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*